IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHNNA BRUHN, VIRGINIA
R. RODRIGUEZ, FERNANDO
RODRIGUEZ, and FERNANDO
RODRIGUEZ PINTOR, natural
parents and next of friends of Doris
Rodriguez, a minor,

        Plaintiffs,

v.                                            CIV 09-0237 BB/GBW

DOUGLAS MIX and CENTRAL
REFRIGERATED SERVICE, INC.,

        Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is before the Court upon a review of the record, and having conferred with counsel about a mutually-convenient date and time, **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Monday June 22, 2009, at 1:30 p.m.** Counsel for Plaintiff shall initiate and coordinate the telephone conference call to (575) 528-1460.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE